USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/17

**U.S. Department of Justice**

*United States Attorney*  **MEMO ENDORSED**
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2017   *Application granted.*

Conference Adjourned

From: 6/28/17
To: July 7, 2017 at 2:30 p.m.

SO ORDERED:

P. KEVIN CASTEL, U.S.D.J.

Date: 6/22/17

VIA ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Jon Cruz
       15 Cr. 338 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter concerning the defendant's sentencing in this case, currently scheduled for June 28, 2017. For the reasons set forth below, and with the defendant's consent, the Government respectfully requests: (1) a one-week extension of the deadline for the Government's sentencing submission, and (2) a one-week adjournment of the defendant's sentencing proceeding.

By way of background, the defendant was charged by complaint on March 6, 2015. On June 3, 2015, an eight-count Indictment was filed against him. After protracted plea discussions between the parties, on September 23, 2016, the defendant entered a guilty plea to Count Two of the Indictment, which charged him with receiving child pornography, in violation of Title 18, United States Code, Section 2552A. At the plea proceeding, the Court scheduled the defendant's sentencing for January 27, 2017. Since that time, the defendant has twice requested and been granted adjournments of the sentencing date. On March 20, 2017, the Court scheduled the sentencing for June 28, 2017 at 11:00 a.m.

Pursuant to Your Honor's Individual Rules of Practice, the defendant's sentencing submission was due on June 14, 2017. The defendant filed his submission (the "Defense Submission") on June 21, 2017, the date on which the Government's submission was due and one week before the defendant's sentencing. The Defense Submission, including exhibits, is nearly 200 pages long and includes legal and factual arguments that will require substantive, thoughtful responses from the Government. Accordingly, the Government respectfully requests that the deadline for the Government's sentencing submission be extended for one week to June 28, 2017, and that the sentencing be adjourned by one week, or any date after July 5, 2017 that is convenient

Case 1:15-cr-00338-PKC   Document 50   Filed 06/22/17   Page 2 of 2

Page 2

for the Court.[1]  This will ensure that the Court has sufficient opportunity to review the parties' submissions in advance of sentencing.  As noted, the defendant consents to these requests.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By:   /s/ Shawn G. Crowley
Shawn G. Crowley
Assistant United States Attorney
(212) 637-1034

cc: Steve Zissou, Esq.

---

[1] Counsel for the defendant is unavailable from July 25, 2017 through August 10, 2017.