

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 6/27/17

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

June 26, 2017

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   United States v. Jon Cruz
>        15 Cr. 338 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter, with the consent of the defense, requesting an adjournment of the sentencing in this case, which is currently scheduled for July 7, 2017. Due to various scheduling conflicts, the parties are unavailable until July 20, 2017. After consulting Your Honor's chambers, we have learned that the Court has availability for the sentencing on July 20, 2017 at 2:15 p.m. Accordingly, the parties respectfully request that the sentencing be adjourned until that date and time. In addition, and due to the length and complexity of the defendant's sentencing submission, the Government respectfully requests that the deadline to file its sentencing submission be extended to July 7, 2017. The defendant consents to this request.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By:   /s/ Shawn G. Crowley
Shawn G. Crowley
Assistant United States Attorney
(212) 637-1034

cc: Steve Zissou, Esq.