# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361| 718.541.0716 | stevezissou@stevezissouesq.com

July 18, 2017

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *United States v. Jon Cruz*
        Criminal Docket # 15-338 (PKC)

Dear Judge Castel:

Mr. Cruz has asked counsel to request permission from this Court that he be permitted to appear at his sentencing hearing in civilian attire. The sentence hearing in this case is currently scheduled for July 20, 2017.

If the Court is inclined to grant this request, I respectfully request that the Court issue an order directing that the Metropolitan Detention Center (MDC Brooklyn) receive appropriate clothing from counsel and to allow Mr. Cruz to leave the facility in such garments or, on the alternative, direct that the US Marshal Service allow Mr. Cruz to change upon his arrival at the US Courthouse.

I have discussed this request with Assistant United States Attorney Shawn Crowley and she advised me that the government does not object.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/

Steve Zissou

cc: shawn.crowley@usdoj.gov