# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361| 718.541.0716 | stevezissou@stevezissouesq.com

July 25, 2017

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *United States v. Jon Cruz*
          Criminal Docket # 15-338 (PKC)

Dear Judge Castel:

       For the reasons set forth below, I write to request that the Judgment of Conviction ("J&C") issued in this case be amended to include a recommendation to FCI Danbury.

       As the Court will no doubt recall, since a short time after his arrest, Mr. Cruz has been treated by a therapist, Erik Mercer.  Until he was detained in September of 2016, Mr. Mercer saw Mr. Cruz on a weekly basis.  During his detention at the MDC, Mr. Mercer has continued to treat Mr. Cruz seeing him no less than once per month.  Mr. Mercer has agreed to continue to treat Mr. Cruz for the foreseeable future.

       As counsel should have made clearer at the sentence hearing, the decision to ask the Court to recommend a designation to FCI Danbury was the product of a number of factors, including geography. And perhaps the most significant factor was the successful "doctor/patient" relationship that has been established between Mr. Mercer and Mr. Cruz. It is counsel's view that this relationship has been quite effective and is an essential building block for Mr. Cruz's eventual successful reintegration into society.  While Mr. Mercer has cases all over the country, and as far away as  Guantanamo Bay Cuba ("GTMO"), he resides in Portland, Maine.  Accordingly, FCI Danbury was selected because it provided a suitable location that was near to Mr. Cruz's family while also being a more convenient location for Mr. Mercer to be able to see Mr. Cruz as often as possible.

       Of course, we recognize that even if the Court were inclined to make a recomendation to a specific facility it is possible that, for whatever reason, the BOP may be unable to accommodate it. Nevertheless, we respectfully request that the J&C be amended to include a recommendation that the defendant be designated to FCI Danbury.

Page 2 of  2

      I have discussed this request with Assistant United States Attorney Shawn Crowley and she advised me that the government does not object.

      Thank you for your consideration in this matter.

           Respectfully submitted,

           /s/

           Steve Zissou

cc: shawn.crowley@usdoj.gov